1050

[No. 28183-3-III. Division Three. August 31, 2010.]
*In the Matter of the Marriage of* JAYNAN C. EGLAND, *Respondent*, and STEVEN A. EGLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-3-00055-7, Linda G. Tompkins, J., entered May 22, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28268-6-III. Division Three. August 31, 2010.]
THE STATE OF WASHINGTON, *Respondent*, v. NIKKI SUE SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00968-1, Cameron Mitchell, J., entered July 15, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28379-8-III. Division Three. August 31, 2010.]
TERRY POPE ET AL., *Appellants*, v. DOUGLAS COUNTY PUBLIC UTILITY DISTRICT NO. 1, *Defendant*, DOUGLAS COUNTY FIRE DISTRICT NO. 3 ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 09-2-00114-3, John Hotchkiss, J., entered August 5, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J. Now published at 158 Wn. App. 23.

[No. 28438-7-III. Division Three. August 31, 2010.]
MARILYN FORREST, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-00297-0, Annette S. Plese, J., entered August 18, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.